# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| World, LLC, Individually and as Representative Plaintiff on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> Vrbo.com, Inc. and HomeAway.com, Inc., <br><br> Defendants. | Case No. 1:19-cv-1048 <br><br> JUDGE <br><br> Removal from Court of Common Pleas Cuyahoga County, Case No. CV 19 913545 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant HomeAway.com, Inc. files this Notice of Removal under 28 U.S.C. §§ 1331, 1441, and 1446 with respect to Case No. CV 19 913545, filed in the Court of Common Pleas, Cuyahoga County. In support of this notice, HomeAway states as follows:

1. On April 5, 2019, Plaintiff World, LLC filed a purported class action complaint in the Court of Common Pleas, Cuyahoga County, entitled *World, LLC, individually and as representative plaintiff on behalf of all others similarly situated, v. Vrbo.com, Inc. and HomeAway.com, Inc.*, Case No. CV 19 913545.

2. The Cuyahoga County Court of Common Pleas docket shows that a FedEx package was purportedly delivered to HomeAway at 1011 West Fifth St. #300, Austin, Texas, on April 11, 2019. HomeAway reserves all defenses and arguments that this purported service does not constitute proper service, including insufficient process and insufficient service of process. Copies of all process, pleadings, and other documents purportedly served on HomeAway are attached hereto as Exhibit A.

3. In accordance with 28 U.S.C. § 1446(b), HomeAway is filing this notice of removal within thirty days of the purported receipt of plaintiff's complaint.

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place where the action was filed.

5. Written notice of the filing of this notice of removal is being delivered to plaintiff through its counsel of record. A copy of the notice of removal will be filed with the Clerk of the Court of Common Pleas, Cuyahoga County.

6. Under 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

7. This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because plaintiff asserts claims under federal law. In its complaint, plaintiff claims that defendants violated the federal Racketeer Influenced and Corrupt Organizations Act, including 18 U.S.C. § 1962(a), (b), and (c); the United States Mail Fraud Act, 18 U.S.C. § 1341; and the United States Wire Fraud Act, 18 U.S.C. § 1343. (*See* Compl. ¶¶ 3, 7, 11, 15, 19, 25-33.)

8. Because plaintiff asserts claims under the laws of the United States, this Court has original federal question jurisdiction over plaintiff's action. Accordingly, removal of plaintiff's complaint is proper under 28 U.S.C. § 1331.

9. In 2010, Vrbo.com, Inc. was merged into HomeAway, so Vrbo no longer exists. (*See* Certificate of Merger, attached as Exhibit B.) As a result, Vrbo has not been served. Vrbo's separate consent to this removal is therefore not required.[1]

---

[1] While HomeAway maintains that Vrbo's consent is not required, to the extent the Court deems that it is required, HomeAway hereby consents to removal as Vrbo's successor by merger. This consent is given without waiving any of Vrbo's defenses, including with respect to jurisdiction and service.

10. By filing this notice of removal, HomeAway does not concede or waive any defense to this action, including that plaintiff's claims are subject to arbitration. HomeAway reserves all defenses relating to the Court's jurisdiction and the justiciability of this action.

WHEREFORE, HomeAway respectfully removes this action from the Court of Common Pleas, Cuyahoga County, to the United States District Court for the Northern District of Ohio.

Dated: May 9, 2019                                    Respectfully submitted,

                                                      /s/ *Michael J. Zbiegien Jr.*
                                                      Michael Zbiegien Jr. (0078352)
                                                      TAFT STETTINIUS & HOLLISTER LLP
                                                      200 Public Square, Suite 3500
                                                      Cleveland, Ohio 44114-2302
                                                      Telephone: (216) 241-2838
                                                      Facsimile: (216) 241-3707
                                                      mzbiegien@taftlaw.com

                                                      Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the attached **NOTICE OF REMOVAL** to be served by U.S. Mail, on May 9, 2019, upon the following:

>William F. Chinnock
>5931 Brookside Road
>Independence, Ohio 44131

>/s/*Michael J. Zbiegien Jr.*
>Michael J. Zbiegien Jr. (0078352)

25019384