Approved.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
May 23, 2019

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **World, LLC, Individually and as Representative Plaintiff on Behalf of All Others Similarly Situated,** | ) CASE NO. 1:19-cv-1048 )<br>) JUDGE DAN AARON POLSTER ) |
| **Plaintiff,** | ) ) |
| v. | ) **STIPULATION OF DISMISSAL** ) **WITHOUT PREJUDICE** |
| **Vrbo.com, Inc. et al.,** | ) ) |
| **Defendants.** | ) |

Plaintiff World, LLC and Defendant HomeAway.com, Inc. hereby stipulate under Federal Civil Rule 41(a)(1)(A)(ii) to the dismissal of this action without prejudice so that, in accordance with the HomeAway.com terms and conditions, it may proceed to an arbitration conducted by the American Arbitration Association.

Respectfully submitted,

/s/ *William F. Chinnock* (per e-mail consent)
William F. Chinnock (0010762)
judgewfc@aol.com
5931 Brookside Road
Independence, OH 44131
Telephone: 720-504-6655

Attorney for Plaintiff

/s/ *Michael J. Zbiegien Jr.*
Michael J. Zbiegien Jr. (0078352)
mzbiegien@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: (216) 241-3838
Fax: (216) 241-3707

Attorney for Defendant

Dated: May 22, 2019